CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco Gomez-Cusiuichan**<br>YOB: 1999; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-00551MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about September 14, 2020, at or near Sells, in the District of Arizona, **Francisco Gomez-Cusiuichan**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on December 31, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a); a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Francisco Gomez-Cusiuichan** is a citizen of Mexico. On December 31, 2019, **Francisco Gomez-Cusiuichan** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On September 14, 2020, agents found **Francisco Gomez-Cusiuichan** in the United States at or near Sells, Arizona, without the proper immigration documents. **Francisco Gomez-Cusiuichan** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>LMG2/AJC<br>AUTHORIZED AUSA /s/ Liza Granoff | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 15, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54